UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLORIA CURRIE,

    Petitioner,                                        Civil Action No. 11-cv-12461
                                                         HON. BERNARD A. FRIEDMAN

vs.

MILLICENT WARREN,

    Respondent.

_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated January 25, 2013, this cause of action is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan this 25th day of January, 2013.

                                                                      DAVID J. WEAVER
                                                                      CLERK OF THE COURT

                                                                      BY: s/Michael Williams

APPROVED:


s/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE