UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLORIA CURRIE,

       Petitioner,                                    Civil Action No. 11-cv-12461

                                                    HON. BERNARD A. FRIEDMAN

vs.

MILLICENT WARREN,

       Respondent.

_____/

## JUDGMENT

       IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated

January 25, 2013, this cause of action is DISMISSED WITH PREJUDICE.

       Dated at Detroit, Michigan this 25th day of January, 2013.

                                            DAVID J. WEAVER
                                          CLERK OF THE COURT

                                          BY: s/Michael Williams

APPROVED:


s/ Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE